1 BENJAMIN B. WAGNER
United States Attorney
2 IAN L. GARRIQUES
Assistant U.S. Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for the
6 United States of America

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No. 1:12-CR-00126-LJO-SKO
                                    )
12           Plaintiff,             ) STIPULATION TO CONTINUE STATUS
                                    ) CONFERENCE; ORDER
13                                  )
      v.                            )
14                                  ) Date:  July 16, 2012
   ALDO CRUZ-TRUJILLO               ) Time:  1:00 p.m.
15    aka Carlos Cerecelo,          ) Judge: Hon. Sheila K. Oberto
                                    )
16           Defendant.             )
                                    )
17 _____  )

18      **IT IS HEREBY STIPULATED** by and between the parties hereto,
19 and through their respective attorneys of record herein, that the
20 status conference now set for June 4, 2012, may be continued to
21 **July 16, 2012, at 1:00 p.m.**
22      The reason for the continuance is to allow for further case
23 preparation, investigation, and plea negotiations.  Specifically,
24 the additional time is necessary for further discussion regarding
25 a potential resolution of this case and for defense consideration
26 of an offer to be made by the government.  The parties stipulate
27 and agree that the interests of justice served by granting this
28 continuance outweigh the best interests of the public and the

defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: May 30, 2012    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant U.S. Attorney

Dated: May 30, 2012    By: /s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant

## **O R D E R**

IT IS HEREBY ORDERED that:

1. The status conference set for June 4, 2012, is CONTINUED to **July 16, 2012, at 1:00 p.m.**; and
2. The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 30, 2012**             /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE