1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) 1:12-CR-00126-LJO-SKO
                                    )
12               Plaintiff,         ) FINAL ORDER OF FORFEITURE
                                    )
13         v.                       )
                                    )
14 ALDO CRUZ-TRUJILLO,              )
       aka Carlos Cerecelo,         )
15                                  )
                 Defendant.         )
16 _____      )

17      WHEREAS, on October 16, 2012, the Court entered a Preliminary

18 Order of Forfeiture, forfeiting to the United States all right, title,

19 and interest of defendant Aldo Cruz-Trujillo aka Carlos Cerecelo in

20 the following property:

21           a. One Motorola smart phone;

22           b. One Motorola Nextel phone with case;

23           c. Nine CDs (CDR format);

24           d. One DVI digital video recorder;

25           e. One Vivitar digital camera;

26           f. One Pageplus cell phone;

27           g. One Samsung cell phone;

28           h. One LG cell phone;

Application for Final
Order of Forfeiture

1    i. One UTStarcom cell phone;

2    j. One green in color cell phone; and

3    k. One LG Portable Multi drive (hard drive).

4    AND WHEREAS, beginning on October 22, 2012, for at least 30

5 consecutive days, the United States published notice of the Court's

6 Order of Forfeiture on the official internet government forfeiture

7 site www.forfeiture.gov.  Said published notice advised all third

8 parties of their right to petition the Court within sixty (60) days

9 from the first day of publication of the notice for a hearing to

10 adjudicate the validity of their alleged legal interest in the

11 forfeited property;

12    AND WHERAS, the Court has been advised that no third party has

13 filed a claim to the subject property, and the time for any person or

14 entity to file a claim has expired.

15    Accordingly, it is hereby ORDERED and ADJUDGED:

16    1.    A Final Order of Forfeiture shall be entered forfeiting to

17 the United States of America all right, title, and interest in the

18 above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B),

19 982(a)(6), and 1028(b), to be disposed of according to law, including

20 all right, title, and interest of Aldo Cruz-Trujillo aka Carlos

21 Cerecelo.

22    2.    All right, title, and interest in the above-listed property

23 shall vest solely in the name of the United States of America.

24    3.    The Department of Homeland Security, Customs and Border

25 Protection, Immigration and Customs Enforcement shall maintain

26 ///

27 ///

28 ///

Application for Final
Order of Forfeiture

custody of and control over the subject property until it is disposed
of according to law.

IT IS SO ORDERED.

Dated:   **February 12, 2013**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

Application for Final
Order of Forfeiture